394 A.2d 619

DiBenedetto, Appellant, v. Rufo et ux.

Argued June 15, 1978. Jacob S. Richman, for appellant; Mark L. Tunnell, for appellees.

Order affirmed.